BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ERIC R. WOMACK
Assistant Branch Director
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646
Facsimile: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR FOOD SAFETY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOM VILSACK, in his official capacity as Secretary of the U.S. Department of Agriculture *et al.*,<br><br>Defendants. | No. 3:15-cv-01590-HSG<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs, Center for Food Safety, Beyond Pesticides, Equal Exchange, Food & Water Watch, La Montanita Co-op, Organic Seed Growers and Trade Association, The Cornucopia Institute, Northeast Organic Dairy Producers Alliance, PCC Natural Markets, Greensward/New Natives LLC, Frey Vineyards, Ltd., Organic Consumers Association, Maine Organic Farmers and Gardeners Association, and Ohio Ecological Food and Farm Association, and Defendants, Tom Vilsack, Secretary of the U.S. Department of Agriculture; Anne Alonzo, Administrator of the Agricultural Marketing Service; and Miles McEvoy, Deputy Administrator of the National Organic Program, all sued solely in their official capacities, through their respective undersigned counsel, stipulate and agree as follows:

1. On April 7, 2015, Plaintiffs filed a Complaint in this Court asserting two causes of action against Defendants. ECF No. 1. Undersigned counsel for Defendants entered an appearance in this case on May 6, 2015. ECF No. 8. On May 6, 2015, the parties filed a stipulation setting July 17, 2015 as Defendants' deadline to response to the Complaint. ECF No. 9. Defendants anticipate that, in response to Plaintiffs' Complaint, they may file a dispositive Motion to Dismiss pursuant to Rule 12(b).

2. Counsel for the parties have conferred and, consistent with the Commentary to Local Rule 7-2, wish to stipulate to the below briefing schedule for Defendants' anticipated Motion to Dismiss:

- **July 17, 2015**: Defendants' deadline to file Motion to Dismiss.
- **August 7, 2015**: Plaintiffs' deadline to file Opposition to Motion.
- **August 21, 2015**: Defendants' deadline to file Reply in Support of Motion.
- **September 2, 2015**: Hearing on Motion at a time convenient to the Court.

*Center for Food Safety et al. v. Vilsack et al.,* **No. 3:15-cv-01590-HSG**
**Stipulation to Set Briefing Schedule**

1

3.     The parties have requested a hearing on a Wednesday rather than during the Court's ordinary Thursday civil motion hearing based on counsel's unavailability on Thursday, September 3 at 2:00 p.m. due to preexisting travel commitments.  To the extent the Court's calendar is not amenable to a hearing on Wednesday, September 2, 2015, the parties respectfully request that the Court set a hearing on Defendants' Motion to Dismiss for September 28, 2015 or thereafter.

4.     Pursuant to Local Rule 6-2(a), undersigned counsel for Defendant has filed a declaration in support of this stipulation.  Counsel for Plaintiffs does not object to the statements contained therein.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that the above briefing schedule shall govern any Motion to Dismiss filed by Defendants in response to the Complaint.

Dated: May 18, 2015.                                Respectfully submitted,

                                                     /s/ Paige M. Tomaselli
                                                    PAIGE M. TOMASELLI
                                                    (State Bar No. 237737)
                                                    SYLVIA SHIH-YAU WU
                                                    (State Bar No. 273549)
                                                    Center for Food Safety
                                                    303 Sacramento Street, 2nd Floor
                                                    San Francisco, CA 94111
                                                    Phone: (415) 826-2770
                                                    Fax: (415) 826-0507
                                                    Emails: ptomaselli@centerforfoodsafety.org
                                                    swu@centerforfoodsafety.org

                                                    *Counsel for Plaintiffs*

Dated: May 18, 2015.                                U.S. DEPARTMENT OF JUSTICE

                                                    BENJAMIN C. MIZER
                                                    Principal Deputy Assistant Attorney General

*Center for Food Safety et al. v. Vilsack et al.,* **No. 3:15-cv-01590-HSG**
**Stipulation to Set Briefing Schedule**

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ERIC R. WOMACK
Assistant Branch Director

*/s/ Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                        */s/ Andrew Zee*
                                 M. ANDREW ZEE (CA Bar #272510)

**ORDER**

Upon stipulation of the parties, and good cause appearing, the Court hereby orders the following schedule for Defendants' anticipated Motion to Dismiss in response to the Complaint:

- **July 17, 2015**: Defendants' deadline to file Motion to Dismiss.
- **August 7, 2015**: Plaintiffs' deadline to file Opposition to Motion.
- **August 21, 2015**: Defendants' deadline to file Reply in Support of Motion.
- **September 2, 2015 at 2:00 p.m.**: Hearing on Motion.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

*Center for Food Safety et al. v. Vilsack et al.*, No. 3:15-cv-01590-HSG
**Stipulation to Set Briefing Schedule**

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

          */s/ Andrew Zee*
          M. ANDREW ZEE