# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Case No. 3:15-cv-1590-HSG |
| *Plaintiffs*, | |
| v. | **ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| TOM VILSACK, *et al.*, | |
| *Defendants*. | |

**PURSUANT TO STPIULATION, IT IS SO ORDERED:**

Good cause appearing, the hearing on Defendants' Motion to Dismiss is continued to September 24, 2015 at 2:00 p.m.

Dated: August 12, 2015

Haywood S. Gilliam, Jr.
U.S. District Court Judge