# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOM VILSACK, *et al.*, <br><br> *Defendants*. | Case No. 3:15-cv-1590-HSG <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7-11** |

    The Court has reviewed Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Authority Pursuant to Local Rule 7-11 (Motion). After consideration of the Motion, and the papers submitted in support of the Motion, the Court finds that a notice of supplemental authority is warranted.

    Accordingly, Plaintiffs' Administrative Motion for Leave to File a Notice of Supplemental Authority Pursuant to Local Rule 7-11 is GRANTED.

    IT IS SO ORDERED.

Dated: October 1, 2015

                                            Haywood S. Gilliam, Jr. <br>
                                            U.S. District Court Judge