1
2
3
4
5
6
7

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

| CENTER FOR FOOD SAFETY, *et al.*, | ) Case No. 3:15-cv-1590-HSG |
|---|---|
| *Plaintiffs*, | ) |
| v. | ) **ORDER ON JOINT PROPOSED** |
| | ) **BRIEFING SCHEDULE** |
| TOM VILSACK, *et al.*, | ) |
| *Defendants*. | ) |

**PURSUANT TO STPIULATION, IT IS SO ORDERED:**

The following schedule governs the production of the Administrative Record in this case:

| Defendants' production of the Administrative Record | On or before December 5, 2016 |
|---|---|
| Plaintiffs' motion to challenge the completeness of the Administrative Record, if any | On or before January 20, 2017 |

Should Plaintiffs decide to file a motion to challenge the completeness of the Administrative Record, Civil Local Rule 7 should govern the form, length, and timing of the motion, as well as any opposition, and reply associated with that motion.

If there are no issues regarding the scope of the Administrative Record and no motion practice regarding the scope of the Administrative Record is necessary, the following briefing schedule will govern the cross-motions for summary judgment in this case:

| Plaintiffs' motion for summary judgment | On or before February 20, 2017 |
|---|---|
| Defendants' opposition and cross-motion for summary judgment | On or before March 23, 2017 |
| Plaintiffs' opposition and reply | On or before April 6, 2017 |
| Defendants' reply | On or before April 20, 2017 |

For Defendants' opposition and cross-motion for summary judgment, Defendants may file a consolidated brief not to exceed fifty (50) pages. For Plaintiffs' opposition and reply, Plaintiffs may file a consolidated brief not to exceed forty (40) pages.

If Plaintiffs file a motion to challenge the completeness of the Administrative Record on or before January 20, 2016, the above briefing schedule for cross-motions for summary judgment will be suspended, and the parties shall submit a new briefing schedule for cross-motions for summary judgment within seven days of the Court's ruling on Plaintiffs' motion challenging the completeness of the Administrative Record.

Dated: November 3, 2016

Haywood S. Gilliam, Jr.
U.S. District Court Judge