1
2
3
4
5
6

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, ) | Case No. 3:15-cv-1590-HSG |
| *Plaintiffs*, ) | |
| v. ) | **ORDER ON REVISED BRIEFING** |
| ) | **SCHEDULE** |
| TOM VILSACK, *et al.*, ) | |
| *Defendants*. ) | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The following revised schedule governs the production of the Administrative Record and any motion practice related to the Administrative Record in this case:

| | |
|---|---|
| Deadline for parties to resolve any dispute regarding Plaintiffs' additional documents | On or before January 25, 2017 |
| Plaintiffs' motion to challenge the completeness of the Administrative Record, if any | On or before February 1, 2017 |
| Defendants' opposition to Plaintiffs' motion | On or before February 24, 2017 |
| Plaintiffs' reply | On or before March 10, 2017 |
| Hearing on Plaintiffs' motion | March 30, 2017 |

Dated: January 18, 2017.

*Haywood S. Gilliam Jr.*

Haywood S. Gilliam, Jr.
U.S. District Court Judge