1  CHAD A. READLER
   Acting Assistant Attorney General
2  ERIC R. WOMACK
   Assistant Branch Director
3  M. ANDREW ZEE (CA Bar No. 272510)
   Attorney
4  Civil Division, Federal Programs Branch
   U.S. Department of Justice
5  450 Golden Gate Avenue, Room 7-5395
   San Francisco, CA 94102
6  Telephone: (415) 436-6646
   Facsimile: (415) 436-6632
7  E-mail: m.andrew.zee@usdoj.gov

8  *Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

CENTER FOR FOOD SAFETY, *et al.*,

    *Plaintiffs*,

v.

SONNY PERDUE, Secretary of the United States Department Of Agriculture, *et al.*,

    *Defendants*.

Case No. 4:15-cv-1590-HSG

**STIPULATED REQUEST AND [PROPOSED] ORDER TO ALLOW TELEPHONIC APPEARANCE AT JUNE 27, 2017 FURTHER CASE MANAGEMENT CONFERENCE**

In accordance with Northern District of California Civil Local Rule 7-12, Plaintiffs Center for Food Safety; Beyond Pesticides; Equal Exchange; Food & Water Watch, Inc.; Frey Vineyards, Ltd.; Greensward/New Natives LLC; La Montanita Co-op; Maine Organic Farmers and Gardeners Association; Northeast Organic Dairy Producers Alliance; Ohio Ecological Food and Farm Association; Organic Consumers Association; Organic Seed Growers and Trade Association; PCC Natural Markets; and The Cornucopia Institute (Plaintiffs) and Defendants Sonny Perdue, Secretary of the U.S. Department of Agriculture; Bruce Summers, Acting Administrator of the Agricultural Marketing Service; and Miles McEvoy, Deputy Administrator of the National Organic Program, all sued solely in their official capacities (Defendants), by and through their respective counsel, stipulate and agree as follows:

1. On June 19, 2017, the Court set a further case management conference for June 27, 2017. *See* ECF No. 85.

2. Undersigned counsel for Defendants has previously arranged travel to Department of Justice offices in Washington, D.C., and plans to be in Washington, D.C. during the week of June 26, 2017 and, specifically, on June 27, 2017 when the further case management conference is scheduled to occur.

3. Defendants request, with Plaintiffs' consent, that counsel for Defendants be permitted to appear telephonically at the June 27, 2017 conference. Counsel believes that his ability to meaningfully participate in the conference will not be impeded by appearing telephonically.

**IT IS SO STIPULATED**.

Respectfully submitted this 21st day of June, 2017 in San Francisco, California.

/s/ Sylvia Shih-Yau Wu
SYLVIA SHIH-YAU WU (CSB No. 273549)
PAIGE M. TOMASELLI (CSB No. 237737)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111

|   |   |
|---|---|
| 1 | T: (415) 826-2270 / F: (415) 826-0507 |
| 2 | Emails: swu@centerforfoodsafety.org<br>ptomaselli@centerforfoodsafety.org |
| 3 | *Counsel for Plaintiffs* |

CHAD A. READLER
Acting Assistant Attorney General
ERIC R. WOMACK
Assistant Branch Director

/s/ M. Andrew Zee
_____
M. ANDREW ZEE (State Bar No. 272510)
Civil Division, Federal Programs Branch
U.S. Department of Justice
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
T: (415) 436-6646 / F: (415) 436-6632
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ M. Andrew Zee
_____
M. ANDREW ZEE

**[PROPOSED] ORDER**

Pursuant to the parties' stipulated request, Defendants' request to allow counsel to appear telephonically at the June 27, 2017 further case management conference is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: June 22, 2017

_____
Haywood S. Gilliam, Jr.
U.S. District Court Judge