UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., | Case No. 15-cv-01590-HSG |
| Plaintiffs, | |
| v. | ORDER SETTING SCHEDULE AND DIRECTING PARTIES TO MEET AND CONFER RE: HEARING DATE |
| TOM VILSACK, et al., | |
| Defendants. | |

The parties submitted a joint case management statement and a joint proposed case schedule, Dkt. Nos. 79, 88, and then appeared before the Court for a further case management conference on June 27, 2017. The Court hereby **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Date |
|---|---|
| Defendants complete administrative record and produce privilege log | July 21, 2017 |
| Plaintiffs file motion (if any) to challenge designation(s) of privilege | August 16, 2017 |
| Parties file cross-motions for summary judgment | September 6, 2017 |
| Parties file oppositions to cross-motions for summary judgment | October 25, 2017 |

The cross-motions and oppositions shall not exceed 30 pages each. There will be no replies.

The Court also **DIRECTS** the parties to meet and confer and to submit a stipulation and proposed order regarding a hearing date for the cross-motions for summary judgment. The hearing must be held at 2:00 p.m. on November 9, 2017 or another Thursday relatively soon thereafter.

//

//

//

//

Finally, the parties are directed to review and comply with the Court's standing orders.

**IT IS SO ORDERED.**

Dated:  June  30, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge