UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., <br> Plaintiffs, <br> v. <br> TOM VILSACK, et al., <br> Defendants. | Case No. 15-cv-01590-HSG <br><br> **JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 24th day of May, 2018.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.